1:24-cv-386
Ray Kent
U.S. Magistrate Judge

FILED - GR
April 15, 2024 1:08 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: /KB/4-15

4-10-24

Whom it may concern,

My name is William Williams. I'm jailed at KCCF in Grand Rapids, Michigan. I would like to file a lawsuit. In March they put inmate Michael Reid in my cell. Three days later I began itching, told two officers, three nurses.

They ignored it, wouldn't move him. The following week, itching is worse, marks on my body, scabs. They still don't know. Jake was to come check me. He never saw me, he was in the unit.

I look at my uniform there lice in it dead and alive. They isolated me, gave me some cream and 7 days of benadryl. I wrote a grievance on 4/1/2024, for pictures, I have bite marks and scabs from my shoulders, neck, down my back, to my buttocks.

No one has come or even responded. This could've been avoided, due to the careless of the jail staff. Ignoring the issue of me knowing something was wrong.

Sincerely,
William Williams

NAME: Williams
KENT COUNTY CORRECTIONAL FACILITY
703 BALL AVENUE N.E.
GRAND RAPIDS, MI 49503

GRAND RAPIDS MI  493

11 APR 2024  PM 5  L



Michigan Western
Federal Building
110 Michigan St N.W.
Grand Rapids, MI
49503

49503$2300 C040