UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILLIAM WILLIAMS,

        Plaintiff,

v.

UNKNOWN PART(Y)(IES),

        Defendant.
_____/

Case No. 1:24-cv-386

Honorable Ray Kent

## ORDER TO FILE AMENDED COMPLAINT

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Plaintiff has failed to file an actual complaint, but instead submits a letter in which he asserts that he intends to file a lawsuit. (ECF No. 1, PageID.1.) All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiff failed to file his complaint on the requisite form. Nor does Plaintiff name any individual Defendants. If Plaintiff wishes to proceed with his action, he must carefully fill out the form and submit it to the Court.

The Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiff shall submit an amended complaint by filing his complaint on the requisite form and naming at least one of the Defendants within twenty-eight (28) days from the date of entry of this order. The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise. Plaintiff need not re-submit supporting exhibits filed with the original complaint. The case number shown above must appear on the front page of the amended complaint. Because the Court is unable to effect service upon the

Unknown Parties, Plaintiff's failure to submit an amended complaint naming at least one of the Defendants within the time allowed may result in dismissal of the complaint without prejudice.

**IT IS SO ORDERED**.

Dated:   4/24/2024                                                       /s/ Ray Kent
                                                                         Ray Kent
                                                                         United States Magistrate Judge