UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

WILLIAM WILLIAMS,

        Plaintiff,                      Case No. 1:24-cv-386

v.                                         Honorable Ray Kent

UNKNOWN PART(Y)(IES),

        Defendant.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:  June 6, 2024                           /s/ Ray Kent
                                                      Ray Kent
                                                      United States Magistrate Judge